IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAIME DUENAS RODRIGUEZ, | ) |
| | ) |
| Petitioner, | ) |
| vs. | ) Case No.  2:11-cv-4048-TMP |
| | ) |
| CHRIS CURRY, Sheriff of Shelby County; and the ATTORNEY GENERAL OF THE STATE OF ALABAMA, | ) ) ) ) ) |
| | ) |
| Respondents. | ) |

**O R D E R**

On July 11, 2012, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be denied and dismissed. To date, no objections have been filed by either party.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be and the same is hereby DENIED and DISMISSED WITHOUT PREJUDICE.

DATED this the 31st day of July 2012.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE